*held* to show that the goods were sold on approval and were returned by defendants to plaintiff's agent in perfect condition.

---

## Amy R. Sullivan, Appellee, v. John J. Sullivan, Appellant.

### Gen. No. 23,695.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARTIN M. GRIDLEY, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Bill by Amy R. Sullivan, complainant, against John J. Sullivan, defendant, for support and maintenance of complainant and for the custody and maintenance of the child of the parties. From a decree awarding separate maintenance and requiring defendant to pay $10 a week for the support and maintenance of complainant and the child, defendant appeals.

McINERNEY & POWER, for appellant.

A. W. GLASKAY, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

HUSBAND AND WIFE, § 237*—*when evidence warrants allowance in suit for separate maintenance.* On a bill for separate maintenance, evidence *held* to support a decree awarding separate maintenance and requiring defendant to pay $10 a week for the support of the complainant and the child of the parties.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.